```
 DEVGX  540*23 *           SENTENCE MONITORING           *   11-16-2022
 PAGE 001       *           COMPUTATION DATA             *   10:54:46
                           AS OF 11-16-2022


REGNO..: 58776-177 NAME: KOMANDO, JERRY NGOME


FBI NO...........: 724657NF0              DATE OF BIRTH: 06-28-1987  AGE:  35
ARS1.............: BER/A-DES
UNIT.............: A UNIT                 QUARTERS.....: A01-103L
DETAINERS........: YES                    NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-28-2023

THE INMATE IS PROJECTED FOR RELEASE: 08-29-2023 VIA GCT REL


                RELEASE AUDIT COMPLETED ON 07-14-2022 BY DSCC
----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: TEXAS, NORTHERN DISTRICT
DOCKET NUMBER...................: 3:19-CR-00485-K(01)
JUDGE...........................: KINKEADE
DATE SENTENCED/PROBATION IMPOSED: 06-09-2021
DATE COMMITTED..................: 12-16-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

               FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $426,889.35

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 548    18:1956 RACKETEERING
OFF/CHG: 18:1956(A)(1)(A)(I) MONEY LAUNDERING CT.1S

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     5 YEARS     28 DAYS
 TERM OF SUPERVISION............:     2 YEARS
 DATE OF OFFENSE................: 04-10-2018




G0002       MORE PAGES TO FOLLOW . . .
```

```
 DEVGX  540*23 *           SENTENCE MONITORING            *    11-16-2022
 PAGE 002       *           COMPUTATION DATA              *    10:54:46
                             AS OF 11-16-2022


 REGNO..: 58776-177 NAME: KOMANDO, JERRY NGOME



 ------------------------CURRENT COMPUTATION NO: 010 ------------------------

 COMPUTATION 010 WAS LAST UPDATED ON 08-05-2021 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 08-05-2021 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 010: 010 010

 DATE COMPUTATION BEGAN..........: 06-09-2021
 TOTAL TERM IN EFFECT............:     5 YEARS     28 DAYS
 TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS     28 DAYS
 EARLIEST DATE OF OFFENSE........: 04-10-2018

 JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    05-03-2019   06-08-2021

 TOTAL PRIOR CREDIT TIME.........: 768
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 274
 TOTAL GCT EARNED................: 162
 STATUTORY RELEASE DATE PROJECTED: 08-29-2023
 ELDERLY OFFENDER TWO THIRDS DATE: 09-19-2022
 EXPIRATION FULL TERM DATE.......: 05-29-2024
 TIME SERVED.....................:     3 YEARS     6 MONTHS     14 DAYS
 PERCENTAGE OF FULL TERM SERVED..:  69.7
 PERCENT OF STATUTORY TERM SERVED:  81.8

 PROJECTED SATISFACTION DATE.....: 08-29-2023
 PROJECTED SATISFACTION METHOD...: GCT REL




 G0002        MORE PAGES TO FOLLOW . . .
```

Case 1:22-cv-00425-SE   Document 6-3   Filed 11/21/22   Page 3 of 3
```
 DEVGX  540*23 *             SENTENCE MONITORING             *    11-16-2022
 PAGE 003 OF 003 *             COMPUTATION DATA              *    10:54:46
                              AS OF 11-16-2022
```

```
REGNO..: 58776-177 NAME: KOMANDO, JERRY NGOME


------------------------------ CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 12-16-2021
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: ICE
CHARGES......: DEPORTATION, A201 260 010, CAMEROON




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```