```
DEVGX  531.01 *              INMATE HISTORY                *    11-16-2022
PAGE 001 OF 001 *               ADM-REL                    *    10:55:45

 REG NO..: 58776-177 NAME....: KOMANDO, JERRY NGOME
 CATEGORY: ARS       FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
BER    A-DES       DESIGNATED, AT ASSIGNED FACIL 04-06-2022 1822 CURRENT
9-B    RELEASE     RELEASED FROM IN-TRANSIT FACL 04-06-2022 1822 04-06-2022 1822
9-B    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-06-2022 0508 04-06-2022 1822
DAL    TRANSFER    TRANSFER                      04-06-2022 0408 04-06-2022 0408
DAL    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-16-2021 1840 04-06-2022 0408
9-L    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-16-2021 1940 12-16-2021 1940
9-L    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-14-2021 1120 12-16-2021 1940
DSC    ADMIN REL   ADMINISTRATIVE RELEASE        06-14-2021 1020 06-14-2021 1020
DSC    A-ADMIN     ADMINISTRATIVE ADMISSION      06-14-2021 1012 06-14-2021 1020




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```