DEPARTMENT OF HOMELAND SECURITY
**IMMIGRATION DETAINER - NOTICE OF ACTION**

| Subject ID: 364974592 | File No: 201 260 010 |
|---|---|
| Event #: PRL1905000002 | Date: May 2, 2019 |

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency)
US MARSHAL, DALLAS, NDTX
100 COMMERCE
DALLAS, TX 752420000

FROM: (Department of Homeland Security Office Address)
Prairieland Detention Center
1209 Sunflower Lane
Alvarado, TX 76009

Name of Alien: KOMANDO, JERRY NGOME

Date of Birth: 06/28/1987    Citizenship: CAMEROON    Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** *(complete box 1 or 2).*

- [ ] A final order of removal against the alien;
- [X] The pendency of ongoing removal proceedings against the alien;
- [ ] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** *(complete box 1 or 2).*

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

**IT IS THEREFORE REQUESTED THAT YOU:**

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [X] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 802-872-6020 . If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.
- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

AD01369 NATION - DO
(Name and title of Immigration Officer)    (Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____ .

Local Booking/Inmate #: _____    Estimated release date/time: _____

Date of latest criminal charge/conviction: _____    Last offense charged/conviction: _____

This form was served upon the alien on _____ , in the following manner:

- [ ] in person   [ ] by inmate mail delivery   [ ] other (please specify): _____

(Name and title of Officer)    (Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)    Page 1 of 3

U.S. DEPARTMENT OF HOMELAND SECURITY     Warrant for Arrest of Alien

File No.    201 260 010

Date:    05/02/2019

To: Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that    KOMANDO, JERRY    is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☑ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☐ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

J 6953 JOHNSON - Supervisory DDO
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at _____
(Location)

on   KOMANDO, JERRY   on _____, and the contents of this
    (Name of Alien)         (Date of Service)

notice were read to him or her in the _____ language.
                                   (Language)

_____     _____
Name and Signature of Officer     Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

AO 442 (Rev. 12/10) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Jerry Ngome Komando

ALIAS: _____

LAST KNOWN RESIDENCE: 2609 Vista View Drive, Corinth, Texas

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: Republic of Cameroon

DATE OF BIRTH: June 28, 1987

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5' 8"                     WEIGHT: 160 pounds
SEX: Male                         RACE: African
HAIR: Black                       EYES: Brown

SCARS, TATTOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: 724657NF0

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI/Dallas Division, One Justice Way, Dallas, Texas