UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Jerry Ngome Komando, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 22-cv-00425-SE |
| | ) | |
| FCI Berlin, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

GOVERNMENT'S RESPONSE TO THE COURT'S
REQUEST FOR ADDITIONAL INFORMATION

On January 12, 2023, the Court held a motion hearing to address the Warden's Motion for Summary Judgment (DN 6) and Petitioner's Response (DN 8).  At the conclusion of the hearing, the Court requested that counsel for the Bureau of Prisons, Attorney Stephanie Scannell-Vessella, address the Petitioner's participation in and eligibility for time credits under the First Step Act.  The Warden hereby provides the additional information requested by the Court.  *See* Declaration of Stephanie Scannell-Vessella at Exhibit 1, Attachments A-G ("Ex. 1, A-G).

Because this Motion is procedural in nature, a memorandum of law is not necessary.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated:  January 17, 2023

By:  /s/ Heather A. Cherniske
Heather A. Cherniske
Assistant U.S. Attorney
NH Bar No. 19837
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552
Heather.Cherniske@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of January, 2023, a copy of the foregoing Motion was mailed via first class certified mail, return receipt requested, upon pro se petitioner Jerry Ngome Komando, Reg. No. 58776-177, Federal Correctional Institute Berlin, P.O. Box 9000, Berlin, NH  03570.

/s/ Heather A. Cherniske

Heather A. Cherniske, AUSA