UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| JERRY NGOME KOMANDO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:22-cv-00425-SE |
| | ) | |
| WARDEN, FCI BERLIN, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

## **DECLARATION OF STEPHANIE SCANNELL-VESSELLA**

I, STEPHANIE SCANNELL-VESSELLA, hereby make the following declaration:

1. I am currently employed by the United States Department of Justice, Bureau of Prisons ("BOP") as a Senior Attorney at the Consolidated Legal Center in Devens, Massachusetts ("CLC Devens"). I was employed by the BOP from October 2002 through July 2006 as a Paralegal Specialist and returned to the BOP as a Staff Attorney in May 2013.

2. To perform my official duties, I have access to records regarding federal prisoners maintained in the ordinary course of business in the BOP, including but not limited to inmate central files and records maintained on the BOP's electronic database, SENTRY.

3. I provide this declaration in response to the Court's Report and Recommendation in the above-captioned case, filed by Jerry Ngome Komando, Reg. No. 58776-177 ("Petitioner").

4. Petitioner's current projected release date via good conduct time pursuant to 18 U.S.C. § 3624(b) is August 29, 2023. Attached hereto as *Attachment 1* is a true and accurate copy of the First Step Act Time Credit Assessment Sheet, dated January 19, 2023, for Jerry Ngome Komando, Reg. No. 58776-177.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 31st day of January, 2023.

_____
Stephanie Scannell-Vessella
Senior Attorney
FMC Devens