**FSA Time Credit Assessment**

Register Number:58776-177, Last Name:KOMANDO

**U.S. DEPARTMENT OF JUSTICE**                                                          **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 58776-177              Responsible Facility: BER
Inmate Name                                 Assessment Date.....: 01-19-2023
  Last.............: KOMANDO                Period Start/Stop...: 12-16-2021 to 01-19-2023
  First............: JERRY                  Accrued Pgm Days....: 399
  Middle...........: NGOME                  Disallowed Pgm Days.: 0
  Suffix...........:                        FTC Towards RRC/HC..: 0
Gender.............: MALE                   FTC Towards Release.: 150
Start Incarceration: 06-09-2021             Can Apply FTC.......: No
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-16-2021 | 01-19-2023 | accrue | 399 |

**Cannot apply FTC**
  **Detainer: Yes**

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-16-2021 | 09-12-2022 | accrue | 270 |

  Accrued Pgm Days...: 270
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 90

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-12-2022 | 01-19-2023 | accrue | 129 |

  Accrued Pgm Days...: 129
  Carry Over Pgm Days: 0
  Time Credit Factor.: 15
  Time Credits.......: 60

---

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 12-16-2021 | 06-14-2022 | ACTUAL | FSA R-LW | 01-13-2022 1005 | 10 |
| 002 | 06-14-2022 | 09-12-2022 | ACTUAL | FSA R-LW | 04-11-2022 2100 | 10 |
| 003 | 09-12-2022 | 12-11-2022 | ACTUAL | FSA R-LW | 04-11-2022 2100 | 15 |
| 004 | 12-11-2022 | 03-11-2023 | ACTUAL | FSA R-LW | 09-26-2022 1427 | 15 |